UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
2017 MAR 20  AM 10: 42
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: MO:14-CR-00103(3)-RAJ |
| | § | MO:16-CV-00377 |
| (3) DELFINO BUSTOS | § | |

### FINAL JUDGMENT

On this day, the Court entered an Order dismissing Movant's Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to Title 28 U.S.C. §2255, for reasons clarified therein. The Court now enters its final judgment in each case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED** that Movant's Motion to Vacate is **DISMISSED AND DENIED**.

**IT IS FURTHER ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all other pending motions, if any, are **DENIED AS MOOT AND A CERTIFICATE OF APPEALABILITY WILL NOT ISSUE IN THIS CASE**.

SIGNED on this ____ day of March, 2017.

_____
Robert Junell
Senior United States District Judge